**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERESA JACOBSEN, <br><br> Plaintiff, <br><br> v. <br><br> COMENITY BANK, <br><br> Defendant. | Case No: 1:15-cv-10613 <br><br> Honorable Judge Jorge L. Alonso |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Teresa Jaobsen ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, Comenity Bank, settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 27th day of July, 2016.

                                                            Respectfully Submitted,

                                                            s/ Majdi Y. Hijazin
                                                            Majdi Y. Hijazin, *Of Counsel*
                                                           Sulaiman Law Group, Ltd.
                                                           900 Jorie Boulevard
                                                           Suite 150
                                                           Oak Brook, IL 60523
                                                           (630) 575-8181
                                                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record:

Charity A. Olson
Olson Law Group
2723 S. State Street
Suite 150
Ann Arbor, MI 48104
(734) 222-5179
colson@olsonlawpc.com
*Attorney for Defendant*
