UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERESA JACOBSEN, | |
| Plaintiff, | Case No. 1:15-cv-10613 |
| v. | Honorable Judge Jorge L. Alonso |
| COMENITY BANK. | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the above-captioned action is dismissed, with prejudice, against the defendant pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 24, 2016                                  Respectfully Submitted,

/s/ Charity A. Olson (*with consent*)           /s/ Majdi Y. Hijazin
Charity A. Olson                                         Majdi Y. Hijazin, *Of Counsel*
*Counsel for Defendant*                           *Counsel for Plaintiff*
Olson Law Group                                      Sulaiman Law Group, LTD
2723 S. State St.,                                        900 Jorie Boulevard
Suite 150                                                    Suite150
Ann Arbor, Michigan 48104                     Oak Brook, Illinois 60523
Phone: (734) 222-5179                              Phone: (630) 575-8181
                                                                     Fax: (630) 575-8188